IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBYN BAKER,
    Plaintiff,

v.                                                          CASE NO.: 3:05cv106/MD

ROYAL INDEMNITY COMPANY,
a foreign insurance corporation,
    Defendant.
_____

ORDER OF DISMISSAL

    This case has been referred to the undersigned magistrate judge for disposition pursuant to the authority of 28 U.S.C. § 636(c) based on consent by the parties to magistrate judge jurisdiction.  The court having been advised that this matter was settled and the parties having filed a joint stipulation for dismissal with prejudice (doc. 13), it is ORDERED:

    1.    This cause is hereby dismissed with prejudice with each party to bear their respective costs and attorneys' fees.

    2.    In the event settlement is not consummated for any reason, the court reserves the power, upon motions filed by any party within sixty (60) days, to amend, alter or vacate and set aside this order of dismissal.

    DONE AND ORDERED at Pensacola, Florida this 16th day of June, 2005.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE